IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD MAX FLEMING and
MATTHEW RYAN FLEMING,

    Plaintiffs,

v.

DIANE MARIE HAAG,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-965-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 8/16/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |